IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES JONES,

    Petitioner,

v.                                    Case No. 5:16cv313-MW/GRJ

JULIE L. JONES,

    Respondent.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 24. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The § 2254 petition, ECF No. 1, is **DENIED**. A Certificate of Appealability is **DENIED** and leave to appeal in forma pauperis is **DENIED**." The Clerk shall close the file.

**SO ORDERED on November 6, 2018.**

                                                **s/ MARK E. WALKER**
                                                **Chief United States District Judge**